LISA C. GILINGER LAW OFFICES
LISA GILINGER
635 N. Alisos Street
Santa Barbara, California 93103-2557
Telephone Number: 805-568-5370
Fax number: 805-568-5149
E-mail: lisa@lisagilinger.com

Attorney for plaintiff

NICOLA T. HANNA
United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8945
   Facsimile: (415) 744-0134
   E-Mail: jean.turk@ssa.gov

FILED
CLERK U.S. DISTRICT COURT
MAR 23 2018
CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELINDA CUNNINGHAM,<br><br>Plaintiff,<br><br>vs.<br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No.: CV 17-4852 E<br><br>~~PROPOSED~~ ORDER FOR AWARD OF EAJA FEES |

1    IT IS HEREBY ORDERED that Plaintiff be awarded fees under the Equal
2    Access to Justice Act in the amount of $4,000.00 (four thousand dollars and no cents),
3    pursuant to 28 U.S.C. §§ 1920, 2414(d).

    EAJA fees having been awarded, the government will consider the matter of the
4    assignment of EAJA fees to Plaintiff's attorney. Pursuant to Ratliffe v. Astrue, 130
5    S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees
6    are subject to any offset allowed under the United States Department of the Treasury's
7    Offset Program. After the order for EAJA fees is entered, the government will
    determine whether they are subject to any offset.
8
    Fees shall be made payable to Plaintiff, but if the Department of Treasury
9    determines that Plaintiff does not owe a federal debt, then the government shall cause
10   the payment fees, to be made directly to LAW OFFICES OF LISA C. GILINGER,
11   pursuant to the assignment executed by Plaintiff. Any payments shall be delivered to
12   Plaintiff's counsel.

13   DATE: 3/23/18                    _____
14                                    CHARLES EICK
15                                    United States Magistrate Judge
16
17
18
19
20
21
22
23